United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| ALFRED E. DIXON,<br>        Petitioner,<br>   v.<br>EDMUND G. BROWN, Jr.,<br>        Respondent. | Case No. 17-cv-0942-NJV (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Docket Nos. 2, 6 |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a 2005 conviction in Contra Costa County, so venue is proper here. *See* 28 U.S.C. § 2241(d). Court records indicate that petitioner already filed a habeas petition in this court challenging the same conviction. *See Dixon v. Duffy*, Case No. 08-cv-3832-SBA. Petitioner's case was dismissed on the merits on February 8, 2016. This appears to be a successive petition.

"A claim presented in a second or successive habeas corpus application under section 2254 that was not presented in a prior application shall be dismissed . . ." 28 U.S.C. § 2244(b)(2). This is the case unless,

> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
> (B) (i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
> (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

1  28 U.S.C. § 2244(b)(2).

2  "Before a second or successive application permitted by this section is filed in the district
3  court, the applicant shall move in the appropriate court of appeals for an order authorizing the
4  district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Petitioner has not
5  submitted an order from the Ninth Circuit demonstrating that he received authorization to file a
6  new petition. The case is therefore dismissed without prejudice. If petitioner obtains permission
7  from the Ninth Circuit he may refile this case.

## CONCLUSION

1. The motion to for leave to proceed in forma pauperis (Dockets Nos. 2, 6) is **GRANTED**.

2. The case is **DISMISSED** and a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 16, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge